UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WERONIKA JANCZUK,<br><br>                    Plaintiff,<br><br>      -against-<br><br>UNITED STATES OF AMERICA;<br>INSTITUTION/FINANCIAL,<br><br>                    Defendant. | 24cv2738 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the August 21, 2024, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  August 21, 2024
           New York, New York

                                                    /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                           Chief United States District Judge